**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TARA MOORE,<br><br>                Petitioner,<br><br>      v.<br><br>WTA TOUR, INC.,<br><br>                Respondent. | Case No. 1:26-cv-01189 (ALC) (VF)<br><br>**RESPONDENT WTA TOUR, INC.'S NOTICE OF CROSS-MOTION TO CONFIRM ARBITRATION AWARD** |

**PLEASE TAKE NOTICE** that, upon the accompanying Opposition to Motion to Vacate the November 18, 2025 Corrected Arbitrator's Ruling on Jurisdiction over ITIA and on Respondent's Motion for Summary Disposition, and Cross-Motion to Confirm the Same, the Declaration of Lee Popkin, and all exhibits thereto, Respondent WTA Tour, Inc. will move this Court, before the Honorable Andrew L. Carter, Jr., on a date and at a time to be determined by the Court, at the United States Courthouse, 40 Foley Square, Courtroom 444, New York, NY 10007, for an Order confirming the November 18, 2025 Corrected Arbitrator's Ruling on Jurisdiction over ITIA and on Respondent's Motion for Summary Disposition pursuant to the Federal Arbitration Act, 9 U.S.C. § 9, and awarding such other and further relief as the Court may deem just and proper.

Dated: New York, New York
      April 15, 2026

                                        Respectfully submitted,

                                        */s/ Bradley I. Ruskin*
                                        Bradley I. Ruskin
                                        Lee Popkin
                                        Jordan B. Leader
                                        Nicole O. Swanson
                                        PROSKAUER ROSE LLP
                                        Eleven Times Square
                                        New York, New York 10036
                                        Phone: (212) 969-3000

2

Fax: (212) 969-2900
bruskin@proskauer.com
lpopkin@proskauer.com
jleader@proskauer.com
nswanson@proskauer.com

*Attorneys for Respondent
WTA Tour, Inc.*