**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TARA MOORE,<br>Petitioner,<br>v.<br>WTA TOUR, INC.,<br>Respondent. | Case No. 1:26-cv-01189 (ALC) (VF) |

# JUDGMENT

**WHEREAS**, on February 12, 2026, Petitioner filed a Petition to Vacate the November 18, 2025 Corrected Arbitrator's Ruling on Jurisdiction Over ITIA and on Respondent's Motion for Summary Disposition (the "Petition") [ECF No. 1];

**WHEREAS**, on April 15, 2026, Respondent filed an Opposition to Motion to Vacate the November 18, 2025 Corrected Arbitrator's Ruling on Jurisdiction Over ITIA and on Respondent's Motion for Summary Disposition, and Cross-Motion to Confirm the Same (the "Cross Motion") [ECF No. 19];

**WHEREAS**, by Order dated September 18, 2026, the Court denied Petitioner's Petition and granted Respondent's Cross-Motion (the "Order") [ECF No. 22];

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:** For the reasons stated in the Order, judgment is hereby entered in favor of Respondent WTA Tour, Inc. and against Petitioner Tara Moore:

(i) Denying Petitioner's Petition and granting Respondent's Cross-Motion;

(ii) Recognizing and confirming the Corrected Arbitrator's Ruling on Jurisdiction Over ITIA and on Respondent's Motion for Summary Disposition, issued on November 18, 2025 in the arbitration entitled *Tara Moore v. WTA Tour, Inc.*, American Arbitration Association Case No. 01-24-0000-1593 [ECF No. 6-1]; and

(iii) Entering judgment in favor of Respondent WTA Tour, Inc. and against Petitioner Tara Moore.

**SO ORDERED.**

**DATED:** October 2, 2026

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE