MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: ____________
DATE FILED: October 28, 2026

Proskauer

Proskauer Rose LLP Eleven Times Square New York, NY 10036-8299

Lee Popkin
Partner
d +1.212.969.3326
f 212.969.2900
lpopkin@proskauer.com
www.proskauer.com

October 26, 2026

**Via ECF**

Hon. Andrew L. Carter Jr.
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 444
New York, NY 10007

Re: ***Tara Moore v. WTA Tour, Inc., No. 1:26-cv-01189***

Dear Judge Carter:

We represent Respondent WTA Tour, Inc. ("WTA") in the above-captioned matter and write to request a further extension of the deadline for Respondent to file a motion for attorneys' fees and costs. Pursuant to the Court's Order dated October 14, 2026 (ECF 26) granting WTA's first request for an extension, the current deadline for the motion is October 30, 2026. Counsel for the parties are continuing to discuss a potential consensual resolution of this matter. Therefore, Respondent respectfully requests that the deadline to file such motion be extended to November 9, 2026. Respondent has conferred with Petitioner's counsel and Petitioner consents to the requested extension.

This is the second request for an extension with respect to this motion. No other scheduled dates will be affected by the requested extension.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Lee Popkin*

Lee Popkin

Cc: John Goodwin, Esq.
Daniel L. Weiss, Esq.
Jeffrey H. Reeves, Esq.

SO ORDERED:

October 28, 2026

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE